**Order entered December 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00343-CV

### COMMERCE STREET CAPITAL, LLC, Appellant

### V.

### DURANT BANCORP,INC., NAB ACQUISITION CORP., FIRST UNITED BANK & TRUST COMPANY; NORTH AMERICAN BANCSHARES, INC. & AMERICAN BANK OF TEXAS, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14703**

## ORDER

On November 12, 2019, this Court, among other things, granted appellant's October 31, 2019 unopposed motion to withdraw its motion to increase security as prematurely filed. The Court ordered the premature motion withdrawn without prejudice to refiling.

Now before the Court is appellant's unopposed motion for clarification of the Court's November 12, 2019 order in which appellant asks the Court to set a deadline for its brief and motion to increase security now that the Court has received the reporter's and clerk's record from the August 12, 2019 hearing.

The proper method to seek review of a trial court's ruling on a motion to increase security is to file a motion under rule 24. *See* TEX. R. APP. P. 24.4(a). To the extent appellant asks the

Court to clarify its November 12, 2019 order by setting a deadline to file a motion and brief challenging the trial court's order, we **DENY** its motion.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE